



July 15, 2014

Janet Nesse, Esq.
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605

In Reference To: Senate Acceptance Corporation
Matter #: 2026952
Invoice #: 84271

|  | Amount |
|---|---|
| For Professional Services Rendered | $75,657.00 |
| Total Out-Of-Pocket Expenses | $879.19 |
| Total Amount of This Bill | $76,536.19 |
| Previous Balance | $0.00 |
| Balance Due | $76,536.19 |

AR Aging

| 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | over 120 | Total |
|---|---|---|---|---|---|
| $76,536.19 | $0.00 | $0.00 | $0.00 | $0.00 | $76,536.19 |

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:

**STOUT RISIUS ROSS, INC.**
4000 Town Center, 20th Floor
Southfield, MI 48075

Payments may be made electronically to:

**STOUT RISIUS ROSS, INC.**
Fifth Third Bank
ACH ABA Number 072405455
Wire ABA Number 042000314
Account Number 7911786619

**Invoice Payable Upon Receipt**
Fed ID 38-3003685



**SRR**
STOUT | RISIUS | ROSS

| Invoice Date: 07/15/2014 | Invoice #: 84271 | Matter #: 2026952 |
|---|---|---|

## Professional Charges

In Reference To:   Senate Acceptance Corporation

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/14 | Victor Y. Lipnitsky | Review bank documents. Meeting with counsel. | 2.20 | 260.00 | 572.00 |
| 02/25/14 | Victor Y. Lipnitsky | Review bank documents. Meeting with Mary White. | 5.20 | 260.00 | 1,352.00 |
| 02/26/14 | Victor Y. Lipnitsky | Review bank documents and other financial data. | 1.20 | 260.00 | 312.00 |
| 02/27/14 | Victor Y. Lipnitsky | Review bank documents and other financial data. | 1.80 | 260.00 | 468.00 |
| 02/28/14 | Wendi Gao | Collect and review documents. | 8.00 | 150.00 | 1,200.00 |
| 02/28/14 | Victor Y. Lipnitsky | Review bank documents. Meeting with counsel. | 4.50 | 260.00 | 1,170.00 |
| 03/03/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 8.00 | 150.00 | 1,200.00 |
| 03/03/14 | Victor Y. Lipnitsky | Review bank documents. Meeting with counsel. | 4.00 | 260.00 | 1,040.00 |
| 03/04/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 8.00 | 150.00 | 1,200.00 |
| 03/04/14 | Victor Y. Lipnitsky | Review bank documents. Meeting with counsel. | 3.60 | 260.00 | 936.00 |
| 03/05/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 8.00 | 150.00 | 1,200.00 |
| 03/05/14 | Victor Y. Lipnitsky | Review bank documents. | 2.70 | 260.00 | 702.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 8.00 | 150.00 | 1,200.00 |
| 03/06/14 | Victor Y. Lipnitsky | Review and analysis of bank documents | 1.40 | 260.00 | 364.00 |
| 03/07/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 6.00 | 150.00 | 900.00 |
| 03/07/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 0.80 | 260.00 | 208.00 |
| 03/10/14 | Wendi Gao | Review 2012 bank statements and input relevant transactions into excel. | 2.00 | 150.00 | 300.00 |
| 03/10/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 4.25 | 150.00 | 637.50 |
| 03/10/14 | Victor Y. Lipnitsky | Review bank documents. | 1.20 | 260.00 | 312.00 |
| 03/11/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 6.00 | 150.00 | 900.00 |
| 03/11/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 0.80 | 260.00 | 208.00 |
| 03/12/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 7.00 | 150.00 | 1,050.00 |
| 03/12/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 1.40 | 260.00 | 364.00 |
| 03/13/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 7.00 | 150.00 | 1,050.00 |
| 03/13/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 1.30 | 260.00 | 338.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 7.25 | 150.00 | 1,087.50 |
| 03/14/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 0.70 | 260.00 | 182.00 |
| 03/17/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 6.00 | 150.00 | 900.00 |
| 03/18/14 | Wendi Gao | Review 2013 bank statements and input relevant transactions into excel. | 2.50 | 150.00 | 375.00 |
| 03/18/14 | Wendi Gao | Continue building database/checking inputs. | 5.50 | 150.00 | 825.00 |
| 03/18/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 0.50 | 260.00 | 130.00 |
| 03/20/14 | Wendi Gao | Continue building database/checking inputs. | 5.50 | 150.00 | 825.00 |
| 03/20/14 | Wendi Gao | Refine spreadsheet for consistency and accuracy. | 2.50 | 150.00 | 375.00 |
| 03/20/14 | Victor Y. Lipnitsky | Review schedules prepared by WG. | 1.30 | 260.00 | 338.00 |
| 03/21/14 | Victor Y. Lipnitsky | Review bank statements | 1.20 | 260.00 | 312.00 |
| 03/24/14 | Victor Y. Lipnitsky | Review bank statements | 1.10 | 260.00 | 286.00 |
| 03/25/14 | Victor Y. Lipnitsky | Review bank statements | 0.80 | 260.00 | 208.00 |
| 03/26/14 | Wendi Gao | Identify checks and spot check certain transactions. | 2.50 | 150.00 | 375.00 |
| 03/26/14 | Wendi Gao | Generate list of unknown accounts. | 1.00 | 150.00 | 150.00 |
| 03/26/14 | Victor Y. Lipnitsky | Review bank statements. Prepared analysis of transfers. | 4.40 | 260.00 | 1,144.00 |
| 03/27/14 | Wendi Gao | Refine spreadsheet for consistency and accuracy. | 5.50 | 150.00 | 825.00 |
| 03/27/14 | Wendi Gao | Analyze transfers/wires. | 2.00 | 150.00 | 300.00 |
| 03/27/14 | Wendi Gao | Identify personal accounts. | 0.50 | 150.00 | 75.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/14 | Victor Y. Lipnitsky | Review bank statements. Meeting with Mary White in Senate Acceptance office to discuss wire transfers and other transactions. | 5.40 | 260.00 | 1,404.00 |
| 03/28/14 | Victor Y. Lipnitsky | Review bank statements. Call with counsel. Prepare schedules re: transfers to insiders. | 4.40 | 260.00 | 1,144.00 |
| 03/31/14 | Wendi Gao | Prepare exhibits and report. | 8.00 | 150.00 | 1,200.00 |
| 03/31/14 | Victor Y. Lipnitsky | Review bank statements. Call with counsel. Prepare schedules re: transfers to insiders. | 8.80 | 260.00 | 2,288.00 |
| 04/01/14 | Wendi Gao | Prepare report exhibits. | 8.00 | 150.00 | 1,200.00 |
| 04/01/14 | Victor Y. Lipnitsky | Prepared report and Exhibits re: transfers to Geary Katz and his family members. | 7.40 | 260.00 | 1,924.00 |
| 04/02/14 | Victor Y. Lipnitsky | Review documents re: transfers to H. Saperstien | 6.50 | 260.00 | 1,690.00 |
| 04/03/14 | Victor Y. Lipnitsky | Review and analysis of case data re: transfers to insiders | 6.20 | 260.00 | 1,612.00 |
| 04/04/14 | Victor Y. Lipnitsky | Prepare analysis re: transfers to H. Saperstien | 5.50 | 260.00 | 1,430.00 |
| 04/07/14 | Victor Y. Lipnitsky | Analysis of deposits | 2.20 | 260.00 | 572.00 |
| 04/08/14 | Victor Y. Lipnitsky | Analysis of deposits | 1.60 | 260.00 | 416.00 |
| 04/09/14 | Victor Y. Lipnitsky | Analysis of deposits | 1.80 | 260.00 | 468.00 |
| 04/11/14 | Victor Y. Lipnitsky | Analysis of deposits | 2.20 | 260.00 | 572.00 |
| 04/17/14 | Victor Y. Lipnitsky | Analysis of deposits | 6.60 | 260.00 | 1,716.00 |
| 04/18/14 | Wendi Gao | Analyze deposit receipts. | 5.50 | 150.00 | 825.00 |
| 04/21/14 | Wendi Gao | Analyze deposit reports. | 2.50 | 150.00 | 375.00 |
| 04/23/14 | Wendi Gao | Deposit analysis with VYL. | 8.00 | 150.00 | 1,200.00 |
| 04/23/14 | Victor Y. Lipnitsky | Analysis of deposits | 6.50 | 260.00 | 1,690.00 |
| 04/24/14 | Victor Y. Lipnitsky | Analysis of deposits. Prepared for and attended court hearing. | 7.40 | 260.00 | 1,924.00 |
| 04/30/14 | Victor Y. Lipnitsky | Analysis of bank accounts | 1.00 | 260.00 | 260.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/14 | Victor Y. Lipnitsky | Analysis of bank accounts | 2.80 | 260.00 | 728.00 |
| 05/28/14 | Victor Y. Lipnitsky | Analysis of bank accounts | 1.20 | 260.00 | 312.00 |
| 05/30/14 | Victor Y. Lipnitsky | Analysis of bank accounts | 1.30 | 260.00 | 338.00 |
| 06/02/14 | Victor Y. Lipnitsky | Analysis of GL re: credit cards | 1.20 | 260.00 | 312.00 |
| 06/03/14 | Victor Y. Lipnitsky | Analysis of GL re: credit cards | 4.10 | 260.00 | 1,066.00 |
| 06/06/14 | Victor Y. Lipnitsky | Analysis of GL re: 2011 | 1.40 | 260.00 | 364.00 |
| 06/09/14 | Wendi Gao | Review relevant bank transactions and conduct disbursement analysis for 2011. | 6.20 | 150.00 | 930.00 |
| 06/09/14 | Victor Y. Lipnitsky | Prepared analysis re: transfers to the insiders | 3.20 | 260.00 | 832.00 |
| 06/10/14 | Victor Y. Lipnitsky | Prepared analysis re: transfers to the insiders | 1.80 | 260.00 | 468.00 |
| 06/11/14 | Wendi Gao | Analyze deposit transactions for 2011. | 6.80 | 150.00 | 1,020.00 |
| 06/11/14 | Victor Y. Lipnitsky | Prepared analysis re: investors | 2.20 | 260.00 | 572.00 |
| 06/13/14 | Wendi Gao | Conduct deposit analysis for 2011. | 6.40 | 150.00 | 960.00 |
| 06/13/14 | Victor Y. Lipnitsky | Review documents produced by Mary White re: bank deposits | 2.50 | 260.00 | 650.00 |
| 06/16/14 | Wendi Gao | Conduct disbursement and deposit analysis for 2011. Review and record relevant bank statement transactions. | 5.50 | 150.00 | 825.00 |
| 06/16/14 | Victor Y. Lipnitsky | Prepared analysis re: investors receipts 2011 | 3.00 | 260.00 | 780.00 |
| 06/17/14 | Victor Y. Lipnitsky | Prepared analysis re: investors analyis receipts 2012 | 3.60 | 260.00 | 936.00 |
| 06/19/14 | Wendi Gao | New Money analysis, | 7.20 | 150.00 | 1,080.00 |
| 06/19/14 | Victor Y. Lipnitsky | Prepared analysis re: investors receipts 2013 | 3.80 | 260.00 | 988.00 |
| 06/20/14 | Wendi Gao | New money analysis. | 6.30 | 150.00 | 945.00 |



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/14 | Victor Y. Lipnitsky | Prepared analysis re: investors payments | 3.60 | 260.00 | 936.00 |
| 06/23/14 | Victor Y. Lipnitsky | Review check register and Mary White notebook | 3.20 | 260.00 | 832.00 |
| 06/24/14 | Wendi Gao | New Money analysis. | 6.70 | 150.00 | 1,005.00 |
| 06/24/14 | Victor Y. Lipnitsky | Prepared analysis re: payments to the insiders in 2011 | 4.30 | 260.00 | 1,118.00 |
| 06/25/14 | Wendi Gao | New Money analysis. | 7.40 | 150.00 | 1,110.00 |
| 06/25/14 | Victor Y. Lipnitsky | Prepared analysis re: investors deposits and payments | 4.50 | 260.00 | 1,170.00 |
| 06/26/14 | Victor Y. Lipnitsky | Prepared analysis re: payments to insiders in 2011 | 3.40 | 260.00 | 884.00 |
| 06/27/14 | Victor Y. Lipnitsky | Prepared analysis re: investors deposits and payments | 3.60 | 260.00 | 936.00 |
| 06/30/14 | Wendi Gao | New money analysis. | 5.80 | 150.00 | 870.00 |
| 06/30/14 | Victor Y. Lipnitsky | Review documents produced by Mary White re: bank deposits. Review analysis re: investors' deposits | 3.40 | 260.00 | 884.00 |
| Total | | | 377.00 | | $75,657.00 |



## Professional Charges Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Victor Y. Lipnitsky | 173.70 | 260.00 | 45,162.00 |
| Wendi Gao | 203.30 | 150.00 | 30,495.00 |
| Total Professional Charges | | | $75,657.00 |



## Out-Of-Pocket Expenses

| Date | Initials | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/14 | VYL | Travel to and from Laurel, MD | 44.00 | 0.56 | 24.64 |
| 02/28/14 | VYL | Travel to and from Laurel, MD | 44.00 | 0.56 | 24.64 |
| 03/03/14 | VYL | Travel to and from Laurel, MD | 44.00 | 0.56 | 24.64 |
| 03/03/14 | WG | Drive to client site. | 59.40 | 0.56 | 33.26 |
| 03/04/14 | VYL | Travel to and from Laurel, MD | 44.00 | 0.56 | 24.64 |
| 03/27/14 | VYL | Travel to and from Laurel, MD | 44.00 | 0.56 | 24.64 |
| 04/04/14 | EOM | Chargeable - Copies - - VENDOR: Lightspeed LLC Documents copied for litigation purposes | 1.00 | 676.27 | 676.27 |
| 04/11/14 | EOM | Chargeable - Research - - VENDOR: U.S. Courts AO-PACER (APCC) Chargeable Research | 1.00 | 15.10 | 15.10 |
| 04/24/14 | VYL | Travel to and from Greenbelt MD | 56.00 | 0.56 | 31.36 |
| | | Total Out-Of-Pocket Expenses | | | $879.19 |



July 15, 2014

Janet Nesse, Esq.
Stinson Leonard Street LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605

In Reference To:  Senate Acceptance Corporation
Matter #:         2026952
Invoice #:        84271

|  | Amount |
|---|---:|
| For Professional Services Rendered | $75,657.00 |
| Total Out-Of-Pocket Expenses | $879.19 |
| Total Amount of This Bill | $76,536.19 |
| Previous Balance | $0.00 |
| Balance Due | $76,536.19 |

AR Aging

| 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | over 120 | Total |
|---|---|---|---|---|---|
| $76,536.19 | $0.00 | $0.00 | $0.00 | $0.00 | $76,536.19 |

Please include the matter number and invoice number with your payment. If you have any questions, contact Accounts Receivable at 248-208-8800.

Please remit check and invoice copy to:   **STOUT RISIUS ROSS, INC.**
4000 Town Center, 20th Floor
Southfield, MI 48075

Payments may be made electronically to:   **STOUT RISIUS ROSS, INC.**
Fifth Third Bank
ACH ABA Number 072405455
Wire ABA Number 042000314
Account Number 7911786619

**Invoice Payable Upon Receipt**
Fed ID 38-3003685