```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                       Case No. 13-30244-DER
Senate Acceptance Corporation                                Chapter 11
Senate Insurance Agency, Inc.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: khorning             Page 1 of 2                  Date Rcvd: Jul 20, 2016
                              Form ID: pdfparty          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
```
db             #+Senate Acceptance Corporation,    c/o Lee Steven Donner, Esq.,    352 1/2 Main Street,
                 Laurel, MD 20707-4133
                +Adam Steiner, Managing Director,    CMS Family IC, LLC,    P.O. Box 129,
                 Davidsonville, MD 21035-0129
                +Committee of Unsecured Creditors,    c/o Gary C. Becker, Interim Chairperson,    10927 Falls Road,
                 Lutherville, MD 21093-4507
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
                +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Jul 20 2016 20:14:14      U.S. Trustee - Greenbelt,
                 6305 Ivy Lane Suite 600,    Greenbelt MD 20770-6305
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cnsdb          ##+Senate Insurance Agency, Inc.,   352 Main Street,    Laurel, MD 20707-4133
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
```
              Alan  Betten    abetten@sagallaw.com
              Alan M. Grochal    agrochal@tydingslaw.com,    bcammarata@tydingslaw.com,jdunsmore@tydingslaw.com
              Alexander Craig Vincent    avincent@shulmanrogers.com,    nmoskovchenko@shulmanrogers.com
              Andrew Jay Graham    agraham@kg-law.com,    JWalker@kg-law.com
              Andrew L. Cole    Andrew.Cole@leclairryan.com
              Aryeh E. Stein    astein@meridianlawfirm.com,    aryehstein@gmail.com
              Barton J. Sidle    bsidle@sidlelaw.com,    bsidle@estatelawmd.com
              Christopher  Hamlin    chamlin@mhlawyers.com,    kjarboe@mhlawyers.com,dmoorehead@mhlawyers.com,
               cjourdonais@mhlawyers.com,chamlin@ecf.inforuptcy.com,ssmentkowski@mhlawyers.com
              Daniel P. Rigterink    drigterink@bregmanlaw.com,    wpullano@bregmanlaw.com,kristy@bregmanlaw.com
              David J. Shuster    dshuster@kg-law.com,    cdavis@kg-law.com
              David W. Cohen    dwcohen79@jhu.edu,    DWCohen.Bankruptcylaw@gmail.com
              Douglas B. Riley    dbriley@tph-law.com
              Gabrielle M Duvall    gduvall@linowes-law.com,    klevie@linowes-law.com,jfarnum@linowes-law.com,
               mdevoll@linowes-law.com
              Gary H. Leibowitz    gleibowitz@coleschotz.com,    jdonaghy@coleschotz.com
              Gregory P. Johnson    gjohnson@offitkurman.com,    dwest@offitkurman.com
              James  Greenan    jgreenan@mhlawyers.com,    dmoorehead@mhlawyers.com,sgoldberg@mhlawyers.com,
               kjarboe@mhlawyers.com,cjourdonais@mhlawyers.com,jgreenan@ecf.inforuptcy.com,
               ssmentkowski@mhlawyers.com
              Janet M. Nesse    JNesse@stinson.com,    ssmentkowski@mhlawyers.com,DC0N@ecfcbis.com,
               jmnesse@ecf.epiqsystems.com,jfasano@mhlawyers.com,ddugan@mhlawyers.com
              Jeffrey M. Orenstein    jorenstein@gwolaw.com
              Jennifer Larkin Kneeland    jkneeland@linowes-law.com,    klevie@linowes-law.com,
               mdevoll@linowes-law.com,jfarnum@linowes-law.com
```

```
District/off: 0416-0           User: khorning              Page 2 of 2                  Date Rcvd: Jul 20, 2016
                               Form ID: pdfparty           Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joel I. Sher       jis@shapirosher.com,    ejd@shapirosher.com,msw@shapirosher.com
              John Van Lear Dorsey     vdorsey@mdinsurance.state.md.us
              Joseph  Bellinger     jbellinger@offitkurman.com,    scuffee@offitkurman.com
              Joseph A Schwartz     jschwartz@smwpa.com,    aviegas@smwpa.com
              Justin Akihiko Redd     jredd@kg-law.com,    ejones@kg-law.com
              Justin Philip Fasano    jfasano@mhlawyers.com,    jfasano@ecf.courtdrive.com,
               ssmentkowski@mhlawyers.com,cjourdonais@mhlawyers.com
              Kevin M. Murphy      kmm@carrmaloney.com,    ttw@carrmaloney.com,rls@carrmaloney.com
              Larry Isaac Strauss     Larry@larrystraussesqcpa.com
              Lawrence F. Regan     lregan@monterolawgroup.com,    lregan@monterolawgroup.com,
               rbishop@monterolawgroup.com,lawrenceregan1@yahoo.com,chernandez@monterolawgroup.com
              Leo  Wallace     leowallace@verizon.net
              Lynn A. Kohen      lynn.a.kohen@usdoj.gov
              M. Evan Meyers      bdept@mrrlaw.net
              Paul  Sweeney     psweeney@yvslaw.com,    jschraf@yvslaw.com,jvidmar@yvslaw.com,jbeckman@yvslaw.com,
               cdonohue@yvslaw.com,yvslawcmecf@gmail.com
              Rand L. Gelber      RGelberMD@aol.com
              Richard  Wasserman     rlwasserman@venable.com
              Richard L Schwartz     rls@carrmaloney.com,    mw@carrmaloney.com
              Richard M. Kremen      richard.kremen@dlapiper.com,    bill.countryman@dlapiper.com
              Robert  Grossbart     robert@grossbartlaw.com,    debra@grossbartlaw.com
              Seema  Reznick     seema.reznick@maryland.gov
              Susan J. Klein      sklein@gfrlaw.com
              Timothy P. Schwartz     tschwartz@bregmanlaw.com,    kristy@bregmanlaw.com,wpullano@bregmanlaw.com
              US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
              Valerie P. Morrison     val.morrison@nelsonmullins.com,    robert.ours@nelsonmullins.com,
               Dylan.trache@nelsonmullins.com
              Zvi  Guttman     zvi@zviguttman.com,    zviguttman@gmail.com,zviguttman@outlook.com
                                                                                             TOTAL: 43
```



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-30244-DER |
| SENATE ACCEPTANCE CORPORATION ) | Chapter 11 |
| SENATE INSURANCE AGENCY, INC ) | |
| ) | |
| Debtors. ) | |
| ) | |
| | |
| ) | |
| JANET M. NESSE, Chapter 11 Trustee for ) | |
| Senate Acceptance Corporation and Responsible ) | |
| Officer for Related Companies, ) | |
| ) | |
| Plaintiff ) | |
| ) | Adv. Proc. No. 15-00651-DER |
| vs. ) | |
| ) | |
| GRAU & CO., LLC, et al. ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF**
**<u>COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019</u>**

\

Before the Court is the Motion for Order Approving Settlement Agreement (the "Motion"), seeking approval of a settlement (the "Settlement Agreement") with Grau & Co, LLC and Donald C. Grau (together the "Defendants"). It appears to the Court that the Motion was served on all necessary parties and that no party has objected to the Motion and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the parties to the Settlement Agreement are hereby authorized and directed to take any and all necessary actions to implement the Settlement Agreement.

**END OF ORDER**

Copies to:

Office of the United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Janet M. Nesse
McNamee Hosea et al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770

Committee of Unsecured Creditors
c/o Gary C. Becker, Interim Chairperson
10927 Falls Road
Lutherville, MD 21093

Adam Steiner, Managing Director
CMS Family IC, LLC
P.O. Box 129

2

Davidsonville, MD 21035