```
                        United States Bankruptcy Court
                              District of Maryland
In re:                                                       Case No. 13-30244-DER
Senate Acceptance Corporation                                Chapter 11
Senate Insurance Agency, Inc.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: khorning              Page 1 of 2              Date Rcvd: Jul 20, 2016
                              Form ID: pdfparty           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db             #+Senate Acceptance Corporation,    c/o Lee Steven Donner, Esq.,    352 1/2 Main Street,
                 Laurel, MD 20707-4133
                +Adam Steiner, Managing Director,    CMS Family IC, LLC,    P.O. Box 129,
                 Davidsonville, MD 21035-0129
                +Committee of Unsecured Creditors,   c/o Gary C. Becker, Interim Chairperson,   10927 Falls Road,
                 Lutherville, MD 21093-4507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Jul 20 2016 20:14:14      U.S. Trustee - Greenbelt,
                 6305 Ivy Lane Suite 600,    Greenbelt MD 20770-6305
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cnsdb          ##+Senate Insurance Agency, Inc.,   352 Main Street,    Laurel, MD 20707-4133
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              Alan Betten     abetten@sagallaw.com
              Alan M. Grochal     agrochal@tydingslaw.com,    bcammarata@tydingslaw.com,jdunsmore@tydingslaw.com
              Alexander Craig Vincent     avincent@shulmanrogers.com,   nmoskovchenko@shulmanrogers.com
              Andrew Jay Graham     agraham@kg-law.com,    JWalker@kg-law.com
              Andrew L. Cole     Andrew.Cole@leclairryan.com
              Aryeh E. Stein     astein@meridianlawfirm.com,    aryehstein@gmail.com
              Barton J. Sidle     bsidle@sidlelaw.com,    bsidle@estatelawmd.com
              Christopher Hamlin     chamlin@mhlawyers.com,    kjarboe@mhlawyers.com,dmoorehead@mhlawyers.com,
               cjourdonais@mhlawyers.com,chamlin@ecf.inforuptcy.com,ssmentkowski@mhlawyers.com
              Daniel P. Rigterink     drigterink@bregmanlaw.com,    wpullano@bregmanlaw.com,kristy@bregmanlaw.com
              David J. Shuster     dshuster@kg-law.com,    cdavis@kg-law.com
              David W. Cohen     dwcohen79@jhu.edu,    DWCohen.Bankruptcylaw@gmail.com
              Douglas B. Riley     dbriley@tph-law.com
              Gabrielle M Duvall     gduvall@linowes-law.com,    klevie@linowes-law.com,jfarnum@linowes-law.com,
               mdevoll@linowes-law.com
              Gary H. Leibowitz     gleibowitz@coleschotz.com,    jdonaghy@coleschotz.com
              Gregory P. Johnson     gjohnson@offitkurman.com,    dwest@offitkurman.com
              James Greenan     jgreenan@mhlawyers.com,    dmoorehead@mhlawyers.com,sgoldberg@mhlawyers.com,
               kjarboe@mhlawyers.com,cjourdonais@mhlawyers.com,jgreenan@ecf.inforuptcy.com,
               ssmentkowski@mhlawyers.com
              Janet M. Nesse     JNesse@stinson.com,    ssmentkowski@mhlawyers.com,DC0N@ecfcbis.com,
               jmnesse@ecf.epiqsystems.com,jfasano@mhlawyers.com,ddugan@mhlawyers.com
              Jeffrey M. Orenstein     jorenstein@gwolaw.com
              Jennifer Larkin Kneeland     jkneeland@linowes-law.com,   klevie@linowes-law.com,
               mdevoll@linowes-law.com,jfarnum@linowes-law.com
```

```
District/off: 0416-0          User: khorning            Page 2 of 2              Date Rcvd: Jul 20, 2016
                              Form ID: pdfparty         Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joel I. Sher     jis@shapirosher.com,    ejd@shapirosher.com,msw@shapirosher.com
          John Van Lear Dorsey     vdorsey@mdinsurance.state.md.us
          Joseph  Bellinger     jbellinger@offitkurman.com,    scuffee@offitkurman.com
          Joseph A Schwartz     jschwartz@smwpa.com,    aviegas@smwpa.com
          Justin Akihiko Redd     jredd@kg-law.com,    ejones@kg-law.com
          Justin Philip Fasano     jfasano@mhlawyers.com,    jfasano@ecf.courtdrive.com,
           ssmentkowski@mhlawyers.com,cjourdonais@mhlawyers.com
          Kevin M. Murphy     kmm@carrmaloney.com,    ttw@carrmaloney.com,rls@carrmaloney.com
          Larry Isaac Strauss     Larry@larrystraussesqcpa.com
          Lawrence F. Regan     lregan@monterolawgroup.com,    lregan@monterolawgroup.com,
           rbishop@monterolawgroup.com,lawrenceregan1@yahoo.com,chernandez@monterolawgroup.com
          Leo  Wallace     leowallace@verizon.net
          Lynn A. Kohen     lynn.a.kohen@usdoj.gov
          M. Evan Meyers     bdept@mrrlaw.net
          Paul  Sweeney     psweeney@yvslaw.com,    jschraf@yvslaw.com,jvidmar@yvslaw.com,jbeckman@yvslaw.com,
           cdonohue@yvslaw.com,yvslawcmecf@gmail.com
          Rand L. Gelber     RGelberMD@aol.com
          Richard  Wasserman     rlwasserman@venable.com
          Richard L Schwartz     rls@carrmaloney.com,    mw@carrmaloney.com
          Richard M. Kremen     richard.kremen@dlapiper.com,    bill.countryman@dlapiper.com
          Robert  Grossbart     robert@grossbartlaw.com,    debra@grossbartlaw.com
          Seema  Reznick     seema.reznick@maryland.gov
          Susan J. Klein     sklein@gfrlaw.com
          Timothy P. Schwartz     tschwartz@bregmanlaw.com,    kristy@bregmanlaw.com,wpullano@bregmanlaw.com
          US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
          Valerie P. Morrison     val.morrison@nelsonmullins.com,    robert.ours@nelsonmullins.com,
           Dylan.trache@nelsonmullins.com
          Zvi  Guttman     zvi@zviguttman.com,    zviguttman@gmail.com,zviguttman@outlook.com
                                                                                             TOTAL: 43
```

Entered: July 20th, 2016
Signed: July 19th, 2016

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-30244-DER |
| SENATE ACCEPTANCE CORPORATION ) | Chapter 11 |
| SENATE INSURANCE AGENCY, INC ) | |
| ) | |
| Debtors. ) | |
| ) | |
| | |
| ) | |
| JANET M. NESSE, Chapter 11 Trustee for ) | |
| Senate Acceptance Corporation and Responsible ) | |
| Officer for Related Companies, ) | |
| ) | |
| Plaintiff ) | |
| ) | Adv. Proc. No. 15-00654-DER |
| vs. ) | |
| ) | |
| JEROME K. FRIEDLANDER, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF**
**COMPROMISE OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019**

\

Before the Court is the Motion for Order Approving Settlement Agreement (the "Motion"), seeking approval of a settlement (the "Settlement Agreement") with Jerome Friedlander, Doris Friedlander Marital Trust, Doris Friedlander Residuary Trust, Robert Friedlander, Gary Friedlander, Jerome Friedlander Irrevocable Trust 2011, Jerome Freidlander Revocable Trust, Jerome Friedlander Irrevocable Trust 2012, and Friedlander Family, LLP (collectively, "Defendants").  It appears to the Court that the Motion was served on all necessary parties and that no party has objected to the Motion and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the parties to the Settlement Agreement are hereby authorized and directed to take any and all necessary actions to implement the Settlement Agreement.

**END OF ORDER**

Copies to:

Office of the United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Janet M. Nesse
McNamee Hosea et al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770

Committee of Unsecured Creditors
c/o Gary C. Becker, Interim Chairperson
10927 Falls Road

Lutherville, MD 21093

Adam Steiner, Managing Director
CMS Family IC, LLC
P.O. Box 129
Davidsonville, MD 21035