UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SENATE ACCEPTANCE CORPORATION ) | Case No: 13-30244 PM |
| SENATE INSURANCE AGENCY, INC. ) | *Substantively Consolidated* |
| ) | |
| Debtors. ) | |

# OBJECTION OF PYTHON FINANCIAL SOLUTIONS, INC. TO DEBTOR'S DISCLOSURE STATEMENT

Python Financial Solutions, Inc., ("Python"), by Offit Kurman, P.A., the undersigned counsel, hereby submits its objection ("Objection") to the Disclosure Statement with Respect to Chapter 11 Trustee's Plan of Liquidation for the Estates of Senate Acceptance Corporation ("Senate Acceptance") and Senate Insurance Agency, Inc. ("Senate Insurance") (consolidated as "Senate Acceptance"), filed July 20, 2016 at [DE 509] ("Disclosure Statement") and in support of this Objection states as follows:

## PROCEDURAL SUMMARY AND JURISDICTION

1. On December 2, 2013, CMS Family IV LLC, Charles M. Steiner, the Nioma Cohen Trust v/b/o Ronna Cohen, the Sheldon Monsein Living Trust, the Judith Monsein Living Trust and Lauren Miller filed an Involuntary Petition (the "Senate Acceptance Involuntary Petition") under Chapter 7 of the Bankruptcy Code against Senate Acceptance in Case No. 13-30244 ("Senate Acceptance").

2. On December 8, 2013, Senate Acceptance filed a motion to convert its case to Chapter 11, which the Court granted by court order on December 12, 2013.

1

3. On December 23, 2013, the Court entered an Order Approving Appointment of Janet M. Nesse as the Chapter 11 Trustee for Senate Acceptance ("Trustee").

4. On January 8, 2014, an Involuntary Bankruptcy Case was filed against Geary B. Katz, an owner of SAC in Case No. 14-10356 ("Katz Bankruptcy").

5. On January 27, 2014, the Court entered a Consent Order Resolving Emergency Motion for Appointment of an Interim Trustee in the Katz Bankruptcy, whereby Katz agreed to assign all of his executive powers, voting, and management rights in Senate Insurance Agency, Inc. ("Senate Insurance") and related companies to the Trustee.

6. On February 5, 2014, the Trustee filed a voluntary Chapter 11 Petition on behalf of Senate Insurance in Case No. 14-11743.

7. On March 31, 2014, the court entered an Order Substantively Consolidating Senate Acceptance with Senate Insurance under the case of Senate Acceptance in Case No. 13-30244 (Senate Acceptance and Senate Insurance consolidated as "Senate Acceptance").

8. On July 20, 2016, the Senate Acceptance filed a Plan of Liquidation for the Estates of Senate Acceptance Corporation and Senate Insurance Agency, Inc. (the "Plan"). [DE 508].

9. On July 20, 2016, the Senate Acceptance filed a Disclosure Statement with Respect to Chapter 11 Trustee's Plan of Liquidation for the Estates of Senate Acceptance Corporation and Senate Insurance Agency, Inc. (the "Disclosure Statement"). [DE 509].

10. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and § 1334. Venue is proper pursuant to 28 U.S.C. § 1408 and § 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

**BACKGROUND**

11.     On October 31, 2013, Python advanced the sum of Four Hundred Twenty Thousand and 00/100 Dollars ($420,000.00) to Congress Motor Club, Inc. ("Congress") ("the "Congress Loan").

12.     The Congress Loan was further evidenced by the following documents executed on October 31, 2013 and identified as follows:

- a)     Promissory Note between Python ("Lender") and Congress ("Borrower").

- b)     Loan and Security Agreement between Python ("Lender"), Congress ("Borrower"), Senate Acceptance ("Corporate Guarantor"), Senate Insurance ("Corporate Guarantor").

- c)     Guaranty Agreement between Python ("Lender") and Senate Acceptance ("Corporate Guarantor", Senate Insurance ("Corporate Guarantor"), Geary B. Katz ("Individual Guarantor") and Gina B. Katz ("Individual Guarantor").

- d)     UCC Financing Statement between Python ("Lender") and Congress ("Debtor"), Senate Acceptance ("Debtor") and Senate Insurance ("Debtor").

- e)     Indemnity Deed of Trust and Security Agreement ("IDOT") between Python ("Lender" and "Beneficiary") and Geary B. Katz ("Grantor") and Gina B. Katz ("Grantor"), securing the property located at 9902 Avenel Farm Drive, Potomac, MD 20854 ("Potomac Property") owned by Geary B. Katz and Gina B. Katz.

13. The Promissory Note for the Congress Loan was signed by Geary B. Katz, in his capacity as President of Congress.

14. The proceeds for the Congress Loan were transferred to Geary B. Katz.

15. On November 25, 2013, Python ("Assignee") entered into an Assignment and Servicing Agreement ("Assignment Agreement") with Senate Acceptance ("Assignor") and Presidential Acceptance, LLC ("Assignor") for the purchase of all right title and interest in various insurance premium finance contracts ("Insurance Contracts"), including all future claims against any Customer or any other persons liable for the repayment of any Insurance Contract for a purchase price equal to Six Hundred Forty-Eight Thousand Nine Hundred Fifty and 63/100 Dollars ($648,950.63), subject to adjustment as set forth in the Assignment Agreement ("Purchase Price").

16. On December 3, 2013, Python advanced the sum of Six Hundred Twenty-Nine Thousand Four Hundred Seven and 00/100 Dollars ($629,407.00) directly to Paramount Insurance to pay premiums on policies that had been issued but not funded.

17. The face amount of the Insurance Contracts assigned totaled One Million Two Hundred Thirty-Three Thousand Sixty-Five and 00/100 Dollars ($1,233,065.00).

18. Pursuant to Section 9.1 of the Assignment Agreement, Python was guaranteed a return of 115% of the Purchase Price during the five (5) month period from December 3, 2013 to May 3, 2014 ("Guarantee Period") for a total of Seven Hundred Forty-Six Thousand Two Hundred Ninety-Three and 22/100 Dollars ($746,293.22) ("Guaranteed Return").

19. Python collected a total of Five Hundred Seventy-Six Thousand One Hundred Forty-Five and 00/100 ($576,145.00) during the Guarantee Period resulting in a deficiency

amount totaling One Hundred Seventy Thousand One Hundred Forty-Eight and 22/100 Dollars ($170,148.22) ("Deficiency Amount").

20. The accrued interest on the Deficiency Amount at the Ten percent (10%) judgment rate from the end of the Guarantee Period (May 3, 2016) to August 30, 2016 at a per diem rate of $46.62 per day totals Thirty-Nine Thousand Six Hundred Twenty-Three and 56/100 Dollars ($39,623.56) for a total Deficiency Amount due Python in the amount of Two Hundred Nine Thousand Seven Hundred Seventy-One and 78/100 Dollars ($209,771.78) ("Total Deficiency Amount").

21. The Total Deficiency Amount was secured by the assets of Senate Acceptance.

22. On June 6, 2014, the Court approved, after an auction, the sale of substantially all of the business assets of Senate Acceptance, including but not limited to its business name, all promotional materials, client list, leases, and office furniture, including computers, to EZ Insurance Group, LLC ("EZ Insurance") Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363 of the Bankruptcy Code (Order Approving Sale Free and Clear") for the sum of Five Hundred Fifty Thousand and 00/100 Dollars ($500,000.00) ("Sale Amount"). The Sale Amount was payable as follows: One Hundred Twenty-Five Thousand and 00/100 Dollars ($125,000.00) at closing; One Hundred Seventy-Five Thousand and 00/100 Dollars ($175,000.00) payable in twelve monthly installments of Fourteen Thousand Five Hundred Eighty-Three and 33/100 Dollars ($14,583.33) in year one; followed by the payment of One Hundred Seventy-Five Thousand and 00/100 Dollars ($175,000.00) payable in twelve monthly installments of Fourteen Thousand Five Hundred Eighty-Three and 33/100 Dollars ($14,583.33) in year two; followed by the payment of the Seventy-Five Thousand and 00/100 Dollars

($75,000.00) balance payable in twelve monthly installments of Six Thousand Two Hundred Fifty and 00/100 Dollars ($6,250.00) in year three ("Sale of Assets"). [De 255].

23. Article V. Summary of the Plan, Section 2 Impaired Claims Entitled to Vote (a) Class 2a – Secured Claims of Python, proposes to pay Python One Hundred Thousand and 00/100 Dollars ($100,000.00) ("Allowed Secured Claim") on the Effective Date of the Plan and to treat all other amounts owed to Python as an unsecured Class 3 Trade Claim.

## **OBJECTION**

24. Python asserts that there is no dispute as to the amount of the funds advanced, the source of the funds and the parties to whom those funds were advanced.

25. Python holds a lien for the Total Deficiency Amount secured by the Sale of Assets of Senate Acceptance to EZ Insurance.

26. The Total Deficiency Amount totaling Two Hundred Nine Thousand Seven Hundred Seventy-One and 78/100 Dollars ($209,771.78) attached to the proceeds from the Sale of Assets pursuant to the terms of the Order Approving Sale Free and Clear and the Disclosure Statement and Plan should provide for payment of the Total Deficiency Amount as an Allowed Secured Claim of Python for distribution on the Effective Date of the Plan.

27. As a result of the failure of the Disclosure Statement and Plan to treat the Total Deficiency Amount of Python as a Secured Claim, the Disclosure Statement should not be approved.

WHEREFORE, Python respectfully requests the entry of an order

    A.      Sustaining Python's Objection to the Disclosure Statement; and

    B.      Denying approval of the Disclosure Statement; and

    C.      For such other and further relief as the Court deems appropriate.

>*/s/ Gregory P. Johnson*
>Gregory P. Johnson, Esquire (#09747)
>Offit Kurman, P.A.
>4800 Montgomery Lane, 9th Fl.
>Bethesda, MD 20814
>O (240) 507-1700
>F (240) 507-1735
>ghohnson@offitkurman.com
>*Counsel for*
>*Python Financial Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2016, a copy of the foregoing Objection to Disclosure Statement was served via first class mail, postage pre-paid, and electronically upon the following:

Gerard R. Vetter, Esq.
Office of the US Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
gerard.r.vetter@usdoj.gov

Lynn A. Kohen, Esq.
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov

Committee of Unsecured Creditors
c/o Gary C. Becker, Interim Chairperson
10927 Falls Road
Lutherville, MD 21093

Alan Betten, Esq.
Sagal, Filbert, Quasney & Betten, P.A.
600 Washington Ave., Ste.300
Towson, MD 21204
abetten@sagallaw.com

Kathleen K. Birrane, Esq.
6225 Smith Avenue
Baltimore, MD 21209
Kathleen.Birrane@dlpiper.com

David W. Cohen, Esq.
Law Office of David W. Cohen
1 N. Charles St., Ste. 350
Baltimore, MD 21201
dwcohen79@jhu.edu

Merrill Cohen, Esq.
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 103
Rockville, MD 20852
merrillc@cohenbaldinger.com

G. David Dean, II, Esq.
Cole Schotz Meisel Forman & Leonard P.A.
300 E. Lombard Street
Suite 2000
Baltimore, MD 21202
ddean@coleschotz.com

John Van Lear Dorsey, Esq.
Maryland Insurance Administration
200 St. Paul Place
Suite 2700
Baltimore, MD 21202
vdorsey@mdinsurance.state.md.us

7

Tiffany S. Franc, Esq.
Pessin Katz Law, P.A.
901 Dulaney Valley Rd., Ste. 400
Towson, MD 21204
tfranc@pklaw.com

James Greenan, Esq.
McNamee, Hosea, et. al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
jgreenan@mhlawyers.com

Alan M. Grochal, Esq.
Tydings and Rosenberg
100 E. Pratt Street., Fl. 26
Baltimore, MD 21202
agrochal@tydingslaw.com

Robert Grossbart, Esq.
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201
robert@grossbartlaw.com

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282
zvi@zviguttman.com

Patrick J. Kearney, Esq.
Selzer Gurvitch
4416 East West Hwy.
4th Floor
Bethesda, MD 20814
pkearney@sgrwlaw.com

Susan J. Klein, Esq.
233 E. Redwood St.
Baltimore, MD 21202
sklein@gfrlaw.com

Richard M. Kremen, Esq.
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
richard.kremen@dlapiper.com

Gary H. Leibowitz, Esq.
Cole, Schotz, Meisel, Forman & Leonard
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
gleibowitz@coleschotz.com

M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737
bdept@mrrlaw.net

Valerie P. Morrison, Esq.
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102
vmorrison@wileyrein.com

Jeffrey M. Orenstein, Esq.
Goren, Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850
jorenstein@gwolaw.com

Lawrence F. Regan, Jr., Esq.
Garza, Regan & Associates
17 West Jefferson St.
Suite 100
Rockville, MD 20850
lregan@garzanet.com

Daniel P. Rigterink, Esq.
Bregman, Berbert, Schwartz & Gilday LLC
7315 Wisconsin Ave., Ste. 800 West
Bethesda, MD 20814
drigterink@bregmanlaw.com

Timothy P. Schwartz, Esq.
7315 Wisconsin Ave
Suite 800 West
Bethesda, MD 20814
tschwartz@bregmanlaw.com

Joel I. Sher, Esq.
Shapiro Sher Guinot & Sandler
36 S. Charles Street
Suite 2000
Baltimore, MD 21201
jis@shapirosher.com

Barton J. Sidle, Esq.
9515 Deereco Road
Suite 902
Timonium, MD 21093
bsidle@sidlelaw.com

Aryeh E. Stein, Esq.
Meridian Law, LLC
600 Reisterstown Road, Suite 700
Baltimore, MD 21208
astein@meridianlawfirm.com

Larry Isaac Strauss
2310 Smith Avenue
Baltimore, MD 21209
Larry@larrystraussesqcpa.com

Paul Sweeney, Esq.
Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401
psweeney@yvslaw.com

Alexander Craig Vincent, Esq.
Shulman Rogers Gandal Pordy & Ecker, PA
12505 Park Potomac Avenue
Sixth Floor
Rockville, MD 20854
avincent@shulmanrogers.com

Richard Wasserman, Esq.
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
rlwasserman@venable.com

And to the parties on the attached Mailing Matrix.

*/s/ Gregory P. Johnson*
Gregory P. Johnson, Esquire

4832-3834-0151, v. 1